**Order filed October 7, 2015**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00644-CV
_____

### In the Interest of M.G., B.G., S.G., and A.Z., Children

---

**On Appeal from the County Court at Law**
**Washington County, Texas**
**Trial Court Cause No. CCL-7739**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue. Appellant's brief was due **October 5, 2015.** No brief has been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

Therefore we order appellant's appointed counsel Mary B. Hennessy, to file appellant's brief no later than **October 19, 2015.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in

contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.


PER CURIAM